

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:          Ex parte Richard Vincent Letizia

Appellate case number:     01-16-00808-CR

Trial court case number:    2112524

Trial court:                        County Criminal Court at Law No. 10 of Harris County

Appellant, Richard Vincent Letizia, has filed a "Request for Trial Cause Number 2112524 June 12, 2018 Examining Trial Hearing." The motion is **granted**.

The official, or substitute court reporter, is directed to prepare and file in this Court, at no expense to appellant, a reporter's record of the June 12, 2018 hearing in trial court cause number 2112524 within **20 days of the date of this order.**

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                          ☑ Acting individually     ☐ Acting for the Court

Date: June 28, 2018